# Exhibit 1

| Ref | Name | Subscribers | Infringement URL | Original Source | Registration Status | Title of Work | PA Registration / Application Number | Videographer | CMI Claim | Statutory Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Firstpost | 4.17M | https://www.youtube.com/watch?v=piCHUif2Nx8 | https://www.youtube.com/watch?v=T3qRtgNaM5o | Registered | 11-19-22 New York Lake Effect Snow. | PA 2-401-314 | Brandon Clement | Yes | Yes |
| 2 | Firstpost | 4.17M | https://www.youtube.com/watch?v=piCHUif2Nx8 | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Registered | 12-25-22 Buffalo Blizzard. | PA 2-401-400 | Brandon Clement | Yes | Yes |
| 3 | Firstpost | 4.17M | https://www.youtube.com/watch?v=SoobQ7_Ibqk | https://www.youtube.com/watch?v=Ji0dAhKKUlE | Registered | Rolling Fork Tornado - As it happened | PA 2-502-563 | Reed Timmer | No | No |
| 4 | Firstpost | 4.17M | https://www.instagram.com/p/CbaE5IIF1o5/ | https://www.youtube.com/watch?v=kd6Lae_zNXc | Registered | 3-21-2022 Elgin Tx tornado- Dashcam. | PA 2-354-516 | Brian Emfinger | No | Yes |