# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-354-516

**Effective Date of Registration:**
April 22, 2022
**Registration Decision Date:**
June 22, 2022

---

## Title

**Title of Work:**    3-21-2022 Elgin Tx tornado- Dashcam

## Completion/Publication

**Year of Completion:**    2022
**Date of 1st Publication:**    March 21, 2022
**Nation of 1st Publication:**    United States

## Author

• **Author:**    Ronald Brian Emfinger
**Author Created:**    entire motion picture
**Work made for hire:**    No
**Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States
**Transfer statement:**    By written agreement

**Copyright Claimant:**    Brett Adair
210 Veazey Drive,  Childersburg, AL, 35004, United States
**Transfer statement:**    By written agreement

## Certification

**Name:**    Craig Sanders
**Date:**    April 22, 2022

Page 1 of 2

**Registration #:**   PA0002354516
**Service Request #:**   1-11334314411



Craig Sanders
Sanders Law Group
100 Garden City Plaza,Suite 500
Garden City, New York 11530 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-314

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

---

**Title**

    **Title of Work:**   11-19-22 New York Lake Effect Snow

**Completion/Publication**

    **Year of Completion:**  2022
    **Date of 1st Publication:**  November 19, 2022
    **Nation of 1st Publication:**  United States

**Author**

    •     **Author:**  Michael Brandon Clement
    **Author Created:**  entire motion picture
    **Work made for hire:**  No
    **Domiciled in:**  United States

**Copyright Claimant**

    **Copyright Claimant:**  Michael Brandon Clement
    1315 Carroll Drive, Terry, MI, 39170, United States

**Certification**

    **Name:**  Craig Sanders
    **Date:**  February 08, 2023

**Registration #:**  PA0002401314
**Service Request #:**  1-12219361369



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-400

**Effective Date of Registration:**
March 03, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

**Title of Work:** 12-25-22 Buffalo Blizzard

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 25, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** March 03, 2023

---

**Registration #:**  PA0002401400
**Service Request #:**  1-12311656611



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-502-563

**Effective Date of Registration:**
October 03, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:**    Rolling Fork Tornado - As it happened

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    March 25, 2023
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Reed Timmer
  **Author Created:**    entire motion picture
  **Citizen of:**    United States
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Reed Timmer
216 Meadow Rose Drive, Travelers Rest, SC, 29690

## Limitation of copyright claim

**Material excluded from this claim:**    preexisting footage

**New material included in claim:**    all other cinematographic material, additional new footage

## Rights and Permissions

**Name:**    Reed Timmer
**Email:**    reedtimmer@gmail.com

## Certification

**Name:**    Jennifer Emfinger

Page 1 of 2